N.D.N.Y.
15-cv-1179
Sharpe, J.
Baxter, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand nineteen.

Present:
>Dennis Jacobs,
>Pierre N. Leval,
>Christopher F. Droney,
>>*Circuit Judges*.

Henry Benitez,

>*Plaintiff-Appellant*,

    v.                                                               18-2883

James P. Healy, Corrections Officer,
Upstate Correctional Facility,

>*Defendant-Appellee*,

Daniel W. Richter, Corrections Officer,
Upstate Correctional Facility, et al.,

>*Defendants*.

Appellant, pro se, moves for free trial transcripts and inclusion of "designated trial exhibits" in the record on appeal. Upon due consideration, it is hereby ORDERED that the motion is GRANTED in part as to inclusion of the trial exhibits in the record on appeal, *see* Fed. R. App. P. 10(a)(1), and Appellant is DIRECTED that he may submit copies of those exhibits to this Court as an appendix to his appellate brief.

It is further ORDERED that the motion is DENIED in remaining part as to the request for free transcripts because Appellant has not demonstrated that his appeal presents any "substantial questions" to justify free transcripts under 28 U.S.C. § 753(f). *See McCarthy v. Bronson*, 906 F.2d 835, 841 (2d Cir. 1990).

Appellant is directed, within 30 days of the date of entry of this order, to inform the Court whether he intends to pay for transcripts. *See* Fed. R. App. P. 10(b) (appellant must provide transcripts). If not, he must provide a statement that no transcript will be provided, explaining why this should not result in the appeal being dismissed, and listing the issues he plans to argue that do not require a transcript. Failure to provide transcripts or certify that no transcripts are required will result in dismissal of his appeal. *See Wrighten v. Glowski*, 232 F.3d 119, 120 (2d Cir. 2000) (per curiam) (dismissing appeal with prejudice where pro se appellant failed to provide the Court with trial transcripts needed for "meaningful appellate review").

                            FOR THE COURT:
                            Catherine O'Hagan Wolfe, Clerk of Court